William E. RYALS, Sr., et ux., Individually and as Administrator of the Estate of the Minor, William E. Ryals, Jr., Plaintiffs-Appellants,

v.

The HOME INDEMNITY COMPANY, et al., Defendants-Appellees.

No. 83–4491

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 3, 1984.

Kenneth N. Simmons, James L. Davis, Many, La., for plaintiffs-appellants.

Cook, Yancey, King & Galloway, Herschel E. Richard, Jr., Shreveport, La., for defendants-appellees.

Before CLARK, Chief Judge, RUBIN and JOLLY, Circuit Judges.

PER CURIAM:

The judgment appealed from is affirmed on the basis of the Memorandum Ruling of the District Court filed July 6, 1983. 576 F.Supp. 780 (W.D.La.1983).

AFFIRMED.